Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Cheryl E. Rose

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL E. ROSE, | ) Case No.: 8:14-cv-00155-DFM |
| Plaintiff, | ) ORDER AWARDING EQUAL<br>) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,600.00, as

authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   October 3, 2014

_____
DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-

1    Respectfully submitted,

2    LAW OFFICES OF Lawrence D. Rohlfing

3         /s/ *Young Cho*

     _____
4    Young Cho
     Attorney for plaintiff Cheryl E. Rose
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26